

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 28 2006
T. NOBLIN, CLERK
_____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**JOEY KNIGHT**     **PLAINTIFF**

VS.     **CIVIL ACTION: 4:06CV32**

**DAVID LITTLE, individually and in his
official capacity as Superintendent of
Lauderdale County School District**     **DEFENDANT**

### AGREED ORDER GRANTING EXTENSION OF MOTION DEADLINE

This action, having come on to be heard, and the court being advised by signature hereon by counsel for plaintiff and defendant acknowledging there is no objection,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Motion deadline stated in the Case Management Order of July 3, 2006 is continued from January 2, 2007 to January 16, 2007.

This the 28 day of December, 2006.

_____
U.S. ~~MAGISTRATE~~ JUDGE

s/Grace W. Mitts
MSB #3390
Witherspoon & Compton, LLC
P.O. Box 845
Meridian, MS 39302-0845