**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**JOEY KNIGHT**                                                                                                    **PLAINTIFF**

**VS.**                                                                                         **CIVIL ACTION: 4:06CV32**

**DAVID LITTLE, individually and in his**
**official capacity as Superintendent of**
**Lauderdale County School District**                                                       **DEFENDANT**

**FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

This action, having come upon to be heard, and the Court, being advised by signature hereon by counsel for plaintiff and defendant, that this action has been compromised and settled and the parties agree that this action should be dismissed; and,

**IT IS HEREBY ORDERED AND ADJUDGED** that this action be, and it hereby is, dismissed with prejudice.

**SO ORDERED**, this the 31st day of   May,   2007.

/s/Tom S. Lee
U.S. DISTRICT JUDGE

**APPROVED AND AGREED**:

  s/James D. Waide, III
**James D. Waide, III      MSB No. 6857**
Waide & Associates, P.A.
P.O. Box 1357
Tupelo, MS 38802-1357
*Of Counsel for plaintiff*

  s/Grace W. Mitts
**Grace W. Mitts      MSB No. 3390**
WITHERSPOON & COMPTON
P. O. Box 845
Meridian, MS  39302-0845
*Of Counsel for defendant*

G:\Users\712\knight final judgment.wpd